

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-21-00098-CR

---

VANESSA LUCILLLE ALEXANDER, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2019F002223

---

Before Morriss, C.J., Stevens and Carter,* JJ.

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# O R D E R

Our review of the court reporter's record in this matter indicates that such record contains un-redacted "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Volume seven of the reporter's record includes the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volume seven of the reporter's record contains un-redacted sensitive data, we order the clerk of this Court, or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed volume seven of the reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: April 5, 2022